# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| CLARENCE EDWARDS AND MARTHA EDWARDS,  )<br><br>Plaintiff,  )<br><br>v.  )<br><br>LOG CABIN HOMES, LTD., THOMAS  )<br>VESCE, Chief Executive Officer, Log Cabin  )<br>Homes, Ltd., DOROTHY JOYNER, Human  )<br>Resources Executive, Log Cabin Homes, Ltd.,  )<br>STEVE BRUMSFIELD, Sales Executive, Log  )<br>Cabin Homes, Ltd., KEEL, LASSITER, DUFFY,  )<br>& SPERATI, PLLC, INVESTORS TITLE  )<br>INSURANCE COMPANY, J. ALLEN FINE,  )<br>Founder, Chairman & CEO, Investors Title  )<br>Insurance Company, JAMES "JIM" A. FINE, JR.,  )<br>Also known as Jim, W. MORRIS FINE, President  )<br>& COO, Investors Title Insurance Company,  )<br>JACK LEW, Secretary of Treasury, and  )<br>DEPARTMENT OF TREASURY,  )<br><br>Defendants.  ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:13-CV-646-D** |

**Decision by the Court:**

IT IS ORDERED AND ADJUDGED that the Motions to Dismiss [D.E. 7, 9, 12] are GRANTED. The Complaint is DISMISSED without prejudice as to all defendants.

**THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>**JANUARY 13, 2014**</u> WITH A COPY TO:

Clarence and Martha Edwards, Pro se (via USPS to 4366 Noel Road, Rocky Mount, NC 27803)
James K. Pendergrass, Jr. (via CM/ECF Notice of Electronic Filing)
Matthew P. Sperati (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| <u>January 13, 2014</u><br>Date | JULIE A. RICHARDS, Clerk<br>Eastern District of North Carolina<br><br><u>/s/ Debby Sawyer</u><br>(By) Deputy Clerk |

Raleigh, North Carolina